PEOPLE ex rel. TRAYNOR v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Proceeding by the People of the State of New York, on the relation of James Traynor, against Theodore A. Bingham, as Police Commissioner of the City of New York.

PER CURIAM. Determination confirmed, with costs.

WOODWARD, J., dissents.

---

PEOPLE ex rel. VICTOR KOECHL & CO. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Proceeding by the People of the State of New York, on the relation of Victor Koechl & Co., against Otto Kelsey, as Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

---

PEOPLE ex rel. ZWIRMAN v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Proceeding by the People of the State of New York, on the relation of Andrew Zwirman, against Theodore A. Bingham, as Commissioner. J. Rouss, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

---

PETERSON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Rudolph Peterson against the City of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PETERSON, Appellant, v. HAWS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Charles O. Peterson, as executor, etc., against Clinton Haws, individually and as executor, etc., and others.

PER CURIAM. Judgment and order modified, by reducing the additional allowance to the sum of $87.60, and, as so modified, affirmed, without costs of this appeal to either party, and without prejudice to an application at Special Term to correct the judgment to conform to the decision as regards the recovery of costs against the plaintiff personally.

WILLIAMS, J., not sitting.

---

PETTIS v. SCHWARTZ. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Ellis Pettis against Adolph Schwartz. H. J. Cohen, for plaintiff. A. J. Geist, for defendant. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, on Matter of Stoddard, 128 App. Div. 759, 113 N. Y. Supp. 157. Order filed. See, also, 137 App. Div. 242, 122 N. Y. Supp. 50.

---

In re PFOHL. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) In the matter of the judicial settlement of the accounts of Edward N. Pfohl, former administrator of the estate of Robert E. Campbell, deceased.

PER CURIAM. Decree affirmed, with costs and disbursements against James Campbell personally.

WILLIAMS, J., not sitting.

---

PIERCE, Respondent, v. WHITCOMBE, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Franklin Pierce against James A. Whitcombe, impleaded with others. J. M. Gazzam, for appellant. F. Pierce, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

PIERSON et al., Respondents, v. VILLAGE OF FAYETTEVILLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Sarah G. Pierson and others against the Village of Fayetteville. No opinion. Judgment affirmed, with costs.

---

PIGNON, Appellant, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Emanuel Pignon against Harry Miller and another. W. Carmalt, for appellant. S. J. Albert, for respondents. Judgments and order affirmed, with costs. No opinion. Order filed.

---

PITTSBURGH LIFE & TRUST CO., Respondent, v. HULSE et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by the Pittsburgh Life & Trust Company against Frederick Hulse and others. A. M. Mayer, for appellants. H. C. Adams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

POPP, Respondent, v. TAMBURO, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Caroline Popp against Joseph Tamburo. No opinion. Order of the Municipal Court affirmed, with costs.

---

POTTER, Appellant, v. SIEGEL-COOPER CO., Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Anna Potter against the Siegel-Cooper Company. D. Bernstein, for appellant. T. H. Lord, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

PRENTISS TOOL & SUPPLY CO., Respondent, v. HYDROSTATIC MACHINERY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by the Prentiss Tool & Supply Company against the Hydrostatic Machinery Company. No opinion. Motion to dismiss appeal denied, with $10 costs.

---

PRESSPRICH, Appellant, v. HEILMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 10, 1910.)

Action by Henri Pressprich against Sebastian Heilman and others. No opinion. Judgment of the Municipal Court affirmed, with costs. ·

PRINGLE, Appellant, v. DEAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Rosina Pringle against George Dean and others. No opinion. Judgment affirmed, with costs.

PRIOLO v. MOONEY et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Guiseppe Priolo against Thomas J. Mooney, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed.

PRZECZEWSKI, Respondent, v. BARDSLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Julian Przeczewski against Joseph Bardsley and others. F. Hulse, for appellants. J. H. Cohn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 121 N. Y. Supp. 1145; also, infra.

PRZECZEWSKI v. BARDSLEY et al. ·(Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Julian Przeczewski against Joseph Bardsley and others. No opinion. Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Order filed. See, also, supra.

PYLE v. PYLE. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Mary V. Pyle, individually, etc., against James T. Pyle, as trustee, etc. No opinion. Motion granted. Question certified as stated in order. Order filed. See, also, 122 N. Y. Supp. 256.

RANDALL, Respondent, v. MILLARD CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by John Randall against the Millard· Construction Company. No opinion. Judgment and order affirmed, with costs.

RANDALL, Respondent, v. MURRAY, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by John J. Randall against Thomas E. Murray. No opinion. Judgment and order affirmed by default, with costs.

RAPISARDA, Respondent, v. FAVATA et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by Giuseppe Rapisarda against Luigi Favata and others. No opinion. Judgment affirmed by default, with costs. See, also, 121 N. Y. Supp. 1145. ·

RAVITO, Respondent, v. HUDSON PORTLAND CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Domenico Ravito against the Hudson Portland Cement Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, infra.

RAVITO, Respondent, v. HUDSON PORTLAND CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by Domenico Ravito against the Hudson Portland Cement Company. No opinion. Motion denied. See, also, supra.

RAYMOND et al., Appellants, v. BUSHNELL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by Frank A. Raymond and others against Elzer W. Bushnell and others. No opinion. Judgment affirmed, with costs.

RECTOR, ETC., OF ST. STEPHEN'S PROTESTANT EPISCOPAL CHURCH v. RECTOR,. ETC., OF CHURCH OF THE TRANSFIGURATION. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by the Rector, etc., of St. Stephen's Protestant Episcopal Church against the Rector, etc., of the Church of the Transfiguration. A. O. Townsend, for appellant. C. Blandy, for respondent.

PER CURIAM. Judgment affirmed, without costs, on 130 App. Div. 166, 114 N. Y. Supp. 623. See, also, 135 App. Div. 501, 120 N. Y. Supp. 422; 134 App. Div. 452, 119 N. Y. Supp. 328. Order filed.

LAUGHLIN, J., dissenting, on the former opinion of Patterson, P. J.

REILLY, Respondent, v. WILLE, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Elmore T. Reilly against Charles Wille. No opinion. Judgment of the Municipal Court affirmed, with costs.

RENKA, Respondent, v. DAVIDSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by Joseph Renka against Abraham Davidson. No opinion. Judgment of the Municipal Court modified, by striking out the provision for arrest and imprisonment on execution, and, as. modified, unanimously affirmed, without costs.

REUSENS v. ARKENBURGH. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Guillaume Reusens. against Oliver M. Arkenburgh. E. J. Nathan, for appellant. H. B. Goodstein, for respondent. No opinion. Judgment affirmed, without costs, on the authority of Reusens v. Arkenburgh, 135 App. Div. 75, 119 N. Y. Supp. 821. Order filed. See, also, 121 N. Y. Supp. 353.